**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

IN THE INTEREST OF:  C.E.L.M.P., A : No. 254 EAL 2017
MINOR                             :
                                          :
                                          : Petition for Allowance of Appeal from
PETITION OF:  T.T., MOTHER      : the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.